UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

48336

Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.

**Order Filed on April 3, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No. 16-34535

Adv. No.

Hearing Date: 3-12-19

Judge: (JNP)

In Re:

BRIAN J. BRICKNER
KIMBERLY J. BRICKNER

## ORDER FOR MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 3, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtors: Brian and Kimberly Brickner

Case No: 16-34535

Caption of Order:  Order for monthly payments, stay relief under certain circumstances, counsel fees, and insurance.


This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc. ("Santander"), with the appearance of Thomas G. Egner, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Santander is the holder of a first purchase money security interest encumbering a 2016 Ford Fusion bearing vehicle identification number 3FA6P0H74GR178971.**

2. **That commencing February 2019, if the Debtors fail to make any payment to Santander within thirty (30) days after a payment falls due, Santander shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the chapter 13 trustee.**

3. **That the Debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander Consumer USA must be listed as loss payee.  If the Debtors fail to maintain valid insurance on the vehicle, Santander shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtors, their attorney, and the chapter 13 trustee.**

4. **That the Debtors are to pay a counsel fee of $431.00 to Santander Consumer USA Inc. through their chapter 13 plan.**