| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>48336<br>Morton & Craig LLC<br>William E. Craig, Esquire<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>Attorney for Santander Consumer USA Inc. | **Order Filed on April 3, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No. 16-34535<br><br>Adv. No.<br><br>Hearing Date: 3-12-19<br><br>Judge: (JNP) |
| In Re:<br><br>BRIAN J. BRICKNER<br>KIMBERLY J. BRICKNER | |

**ORDER FOR MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 3, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Brian and Kimberly Brickner
Case No: 16-34535
Caption of Order:  Order for monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

    This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc. ("Santander"), with the appearance of Thomas G. Egner, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**
1. **That Santander is the holder of a first purchase money security interest encumbering a 2016 Ford Fusion bearing vehicle identification number 3FA6P0H74GR178971.**
2. **That commencing February 2019, if the Debtors fail to make any payment to Santander within thirty (30) days after a payment falls due, Santander shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtors, their attorney, and the chapter 13 trustee.**
3. **That the Debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander Consumer USA must be listed as loss payee.  If the Debtors fail to maintain valid insurance on the vehicle, Santander shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtors, their attorney, and the chapter 13 trustee.**
4. **That the Debtors are to pay a counsel fee of $431.00 to Santander Consumer USA Inc. through their chapter 13 plan.**

United States Bankruptcy Court
District of New Jersey

In re:  
Brian J. Brickner  
Kimberly J. Brickner  
       Debtors

Case No. 16-34535-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 03, 2019  
                            Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.  
db/jdb        +Brian J. Brickner,    Kimberly J. Brickner,    37 County Ave,    Maple Shade, NJ 08052-2934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:

           Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc. ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
           John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
           Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC rsolarz@kmllawgroup.com  
           Robert P. Saltzman    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC dnj@pbslaw.org  
           Thomas G. Egner    on behalf of Joint Debtor Kimberly J. Brickner tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com  
           Thomas G. Egner    on behalf of Debtor Brian J. Brickner tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                               TOTAL: 11