**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Brian J. Brickner | Social Security number or ITIN  xxx–xx–2278 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kimberly J. Brickner | Social Security number or ITIN  xxx–xx–4493 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–34535–JNP | |

# Order of Discharge                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian J. Brickner                              Kimberly J. Brickner

12/7/20                                **By the court:** Jerrold N. Poslusny Jr.
                                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                    **Chapter 13 Discharge**                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 16-34535-JNP

Brian J. Brickner   Chapter 13

Kimberly J. Brickner

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2020 | Form ID: 3180W | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian J. Brickner, Kimberly J. Brickner, 37 County Ave, Maple Shade, NJ 08052-2934 |
| cr | + | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, PO Box 636007, Littleton, CO 80163-6007 |
| 516616198 | + | ACAR Leasing Ltd, d/b/a GM Financial Leasing, PO Box 183853, Arlington, VA 76096-3853 |
| 516569504 | + | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 516569497 | + | Advocare Neurology of SJ, PO Box 3001 D52, Voorhees, NJ 08043-0598 |
| 516569498 | + | Allied Interstate LLC, PO Box 4000, Warrenton, VA 20188-4000 |
| 516569499 | + | Amcol Systems, 111 Lancewood Road, Columbia, SC 29210-7523 |
| 516569500 | + | American Medical Collection Company, 4 Westchester Plaza, Elmsford, NY 10523-1615 |
| 516569502 | + | Apex Asset, 2501 Oregon Pike Ste, Lancaster, PA 17601-4890 |
| 516569503 | + | Apex Asset Management, Attn: Bankruptcy Dept., PO Box 5407, Lancaster, PA 17606-5407 |
| 516569505 | + | Asset Maximization Group, Inc., PO Box 190191, South Richmond Hill, NY 11419-0191 |
| 516569506 | | Asset Recovery Solutions, 2200 E Devon Ave #200, Des Plaines, IL 60018-4501 |
| 516569507 | #+ | Atlantic Credit & Finance, P.O. Box 13386, Roanoke, VA 24033-3386 |
| 516569509 | + | BYL Collection Services, LLC., 301 Lacey St., West Chester, PA 19382-3727 |
| 516569511 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 516569512 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 516569513 | + | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 516569515 | + | GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 516569519 | + | Kennedy Medical Group, PO Box 95000, CL 4570, Philadelphia, PA 19195-0001 |
| 516569521 | + | Lyons, Doughty & Veldhuis, PC, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 516569522 | + | Maple Shade First Aid Squad, PO Box 207, Allentown, PA 18105-0207 |
| 516569523 | + | Penn Credit, Attn:Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 516569525 | + | Rancocas Anesthesiology, PO Box 4640, Rutherford, NJ 07070-0464 |
| 516569526 | + | Sage Capital Recovery, 1040 Kings Hwy. N., Cherry Hill, NJ 08034-1908 |
| 516569528 | + | Schlee & Stillman, LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 516761593 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 516569529 | + | Stat Imaging, 100 Brick Rd., Suite 101, Marlton, NJ 08053-2146 |
| 516569530 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 516569533 | + | The Bureaus Inc, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 516569535 | + | Township of Maple Shade, Tax Collector's Office, 200 Stiles Avenue, Maple Shade, NJ 08052-2541 |
| 516569536 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 516569537 | + | Virtua, PO Box 6028, Bellmawr, NJ 08099-6028 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 07 2020 21:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 07 2020 21:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark |

Case 16-34535-JNP    Doc 56    Filed 12/09/20    Entered 12/10/20 00:16:39    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2020 | Form ID: 3180W | Total Noticed: 56 |

| | | | |
|---|---|---|---|
| cr | + EDI: DRIV.COM | Dec 08 2020 02:03:00 | Center, Suite 2100, Newark, NJ 07102-5235 Santander Consumer USA, Inc., P.O Box 961245, Ft. Worth, TX 76161-0244 |
| 516569501 | + EDI: PHINAMERI.COM | Dec 08 2020 02:03:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 516569508 | + EDI: BANKAMER.COM | Dec 08 2020 02:03:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516668835 | EDI: BANKAMER.COM | Dec 08 2020 02:03:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 516732917 | + EDI: PRA.COM | Dec 08 2020 02:03:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516569510 | + EDI: CAPITALONE.COM | Dec 08 2020 02:03:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516639013 | EDI: CAPITALONE.COM | Dec 08 2020 02:03:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516736145 | EDI: BL-BECKET.COM | Dec 08 2020 02:03:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516569514 | + EDI: FSAE.COM | Dec 08 2020 02:03:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 516569516 | + EDI: IIC9.COM | Dec 08 2020 02:03:00 | IC System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 516569517 | + EDI: IIC9.COM | Dec 08 2020 02:03:00 | IC Systems, Inc, 444 Highway 96 East, St Paul, MN 55127-2557 |
| 516569518 | + EDI: IRS.COM | Dec 08 2020 02:03:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516569520 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 07 2020 21:29:00 | Kohls/Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 516569524 | EDI: PRA.COM | Dec 08 2020 02:03:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 516788608 | EDI: PRA.COM | Dec 08 2020 02:03:00 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 516599880 | + EDI: DRIV.COM | Dec 08 2020 02:03:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 516569527 | + EDI: DRIV.COM | Dec 08 2020 02:03:00 | Santander, PO Box 961245, Fort Worth, TX 76161-0244 |
| 516569531 | EDI: RMSC.COM | Dec 08 2020 02:03:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 516569532 | + EDI: RMSC.COM | Dec 08 2020 02:03:00 | Synchrony Bank/Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 516768408 | + Email/Text: bncmail@w-legal.com | Dec 07 2020 21:30:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516569534 | + EDI: WTRRNBANK.COM | Dec 08 2020 02:03:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2020 | Form ID: 3180W | Total Noticed: 56 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516761594 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2020                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:**

**Name**            **Email Address**

Denise E. Carlon
on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

John R. Morton, Jr.
on behalf of Creditor Santander Consumer USA  Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Rebecca Ann Solarz
on behalf of Creditor Specialized Loan Servicing LLC rsolarz@kmllawgroup.com

Robert P. Saltzman
on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dnj@pbslaw.org

Thomas G. Egner
on behalf of Joint Debtor Kimberly J. Brickner tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

Thomas G. Egner
on behalf of Debtor Brian J. Brickner tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11